1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REINE HARRIS, an individual, ROMAIN HARRIS, an individual, and marital community,<br><br>            Plaintiffs,<br>     vs.<br><br><br>SAFECO INSURANCE COMPANY OF AMERICA, a foreign corporation,<br><br>            Defendant. | CASE NO. 2:23-CV-00618-BJR<br><br><br>ORDER GRANTING STIPULATED MOTION TO CONTINUE TRIAL DATE AND PRETRIAL DEADLINES |

This matter came before the Court on the parties' Stipulated Motion to Continue Trial Date and Pretrial Deadlines.  The Court GRANTS the motion and continues the trial date and remaining pretrial deadlines as follows:

| Event | Date |
|---|---|
| JURY TRIAL DATE | January 6, 2025 |
| Reports from expert witnesses under FRCP 26(a)(2) due | June 10, 2024 |
| Discovery completed by | July 10, 2024 |

| All dispositive motions must be filed by | August 9, 2024 |
|---|---|
| All motions *in limine* must be filed by | November 27, 2024 |
| Joint Pretrial Statement | December 9, 2024 |
| Pretrial conference | December 23, 2024 |
| Length of Jury Trial | 6-7 days |

DATED this 23rd day of February, 2024.

_____

Barbara J. Rothstein
United States District Judge

ORDER GRANTING STIPULATED MOTION TO
CONTINUE TRIAL DATE AND PRETRIAL DEADLINES
- 2