**Honorable Barbara J. Rothstein**

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| REINE HARRIS, an individual, ROMAIN HARRIS, an individual, and marital community,<br><br>Plaintiffs,<br><br>vs.<br><br>SAFECO INSURANCE COMPANY OF AMERICA, a foreign corporation,<br><br>Defendant. | No. 2:23-cv-00618-BJR<br><br>**STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S CLAIM AGAINST DEFENDANT WITH PREJUDICE** |

## I.  STIPULATION

The undersigned parties, through their respective counsel, stipulate that Plaintiffs' claims against Defendant Safeco Insurance Company of America should be dismissed with prejudice and without costs or attorneys' fees to any party and that the attached Order may be entered.

Dated this 19, day of September, 2024.                Dated this 19, day of September, 2024.

FORSBERG & UMLAUF, P.S.                               EMBER LAW PLLC

*s/ Jennifer E. Aragon*                               */s Leah S. Snyder*
Matthew S. Adams, WSBA #18820                         Leah S. Snyder, WSBA #44384
Jennifer E. Aragon, WSBA #45270                       Chance Yager, WSBA #54486
*Attorneys for Defendant Safeco Insurance*            *Attorney for Plaintiffs*
*Company of America*

STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S CLAIM
AGAINST DEFENDANT WITH PREJUDICE – 1
Cause No.:  2:23-cv-00618-BJR

**FORSBERG & UMLAUF, P.S.**
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

4865-5968-8678, v. 1

## II. ORDER

THIS MATTER having come on before the above-entitled court on the stipulation of the undersigned parties, now, therefore, it is hereby ORDERED, ADJUDGED AND DECREED that Plaintiffs' claims against Defendant Safeco Insurance Company of America are dismissed with prejudice and without costs or attorneys' fees to any party.

Dated:   September 19, 2024.

*Barbara J. Rothstein*
United States District Judge

Presented by:

FORSBERG & UMLAUF, P.S.

*s/ Jennifer E. Aragon*
Matthew S. Adams, WSBA #18820
Jennifer E. Aragon, WSBA #45270
*Attorneys for Defendant Safeco Insurance Company of America*

*Approved for Entry;*
*Notice of Presentation Waived:*

EMBER LAW PLLC

*/s Leah S. Snyder*
Leah S. Snyder, WSBA #44384
Chance Yager, WSBA#54486
*Attorney for Plaintiffs*

STIPULATION AND ORDER OF DISMISSAL OF PLAINTIFF'S CLAIM AGAINST DEFENDANT WITH PREJUDICE – 2
Cause No.:  2:23-cv-00618-BJR

FORSBERG & UMLAUF, P.S.
ATTORNEYS AT LAW
901 FIFTH AVENUE • SUITE 1400
SEATTLE, WASHINGTON  98164
(206) 689-8500 • (206) 689-8501 FAX

4865-5968-8678, v. 1